UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>CESAR ALEXANDER RINCON-<br>CARDENAS, AKA CESAR RINCON AND<br>CESAR ALEXANDER RINCON,<br><br>                              Defendant. | CASE NO. 1:25-MJ-00126-EPG<br><br>ORDER UNSEALING COMPLAINT |

Good cause due to the defendant; pending appearance and initial appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint against Defendant Cesar Alexander RINCON-CARDENAS in the above-captioned case be unsealed.

IT IS SO ORDERED.

Dated:   **February 20, 2026**                    /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE